**Jerome Trading Company, plaintiff in error, v. The Riegel Sack Company, defendant in error. Gen. No. 28,728.**

Action for breach of contract to sell and deliver merchandise. Judgment for defendant. Error to the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed. Opinion filed June 30, 1924.

George B. Cohen, for plaintiff in error. Cooke, Sullivan & Ricks, for defendant in error; O. R. Barrett, of counsel.

Mr. Justice Johnston delivered the opinion of the court.

---

**Vjekoslow Celic, appellee, v. New York Central Railroad Company, appellant. Gen. No. 28,807.**

Action for personal injuries to employee. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed. Opinion filed June 30, 1924.

Glennon, Cary, Walker & Murray, for appellant; Sidney C. Murray and Marvin A. Jersild, of counsel. Charles C. Spencer, for appellee.

Mr. Justice Johnston delivered the opinion of the court.

---

**Corning Glass Works, appellee, v. Chicago Glass Products Company, appellant. Gen. No. 28,874.**

Action upon contract. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry Olson, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed. Opinion filed June 30, 1924. Rehearing denied July 11, 1924. *Certiorari* denied by Supreme Court (making opinion final).

Slottow & Leviton, for appellant; Charles Leviton, of counsel. Garrett, McKenna & Harris and H. H. Koven, for appellee; James J. McKenna and Sol. W. Harris, of counsel.

Mr. Justice Johnston delivered the opinion of the court.

---

**Burton Barnett, appellant, v. Elizabeth J. Hoyt and A. Ross Hoyt, appellees. Gen. No. 28,935.**

Forcible detainer. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. John J. Rooney, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed. Opinion filed June 30, 1924.

Samuel B. Barnett, for appellant; Morris K. Levinson, of counsel. Warren Pease, for appellees.

Mr. Justice Johnston delivered the opinion of the court.